# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

129194

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CRAIG ALLEN BAKER,
            Plaintiff-Appellant,

v

SC: 129194
COA: 260133
Ottawa CC: 03-046309-NO

TRUSS TECHNOLOGIES, INC.,
d/b/a WEST MICHIGAN TRUSS;
GRACE REFORMED CHURCH OF
HOLLAND TOWNSHIP; and
STEVEN WAYNE BOERSEMA,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the June 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006                    _____

p0614                                        Clerk